```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIS et al,

                Plaintiffs,

-v-

CARMEL CENTRAL SCHOOL DISTRICT,

                Defendant.

Case No. 08-CV-445 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

At the Pre-Motion Conference held before the Court on May 19, 2008, the Court adopted the following scheduling order:

> Plaintiff's Motion shall be electronically filed, served on the Court, and served on opposing counsel not later than June 2, 2008. The motion shall not be longer than twenty-five (25) pages.
>
> Plaintiff's opposition papers shall be electronically filed, served on the Court, and served on opposing counsel not later than June 16, 2008. The opposition papers shall not be longer than twenty-five (25) pages.
>
> Reply papers are to be electronically filed, served on the Court, and served on opposing counsel not later than June 26, 2008. The reply shall not be longer than ten (10) pages.
>
> Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.
>
> Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.
>
> Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

Dated:     May 17, 2008
           White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE