UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA DAVIS and EDWARD DABROWSKI
        as parents of a disabled student, C.D.
                Plaintiffs,

                                             **NOTICE OF**

                                             **PLAINTIFFS' MOTION**

                                             **FOR PRELIMINARY RELIEF**

       -against-                                    **INDEX NO.** 7:08 CV 0445

CARMEL CENTRAL SCHOOL DISTRICT,

                Defendant.

------------------------------------------------------------X

COUNTY OF ULSTER
STATE OF NEW YORK

SIRS:

      **PLEASE TAKE NOTICE**, that the undersigned will move this Court, pursuant to Rule 7(b) of Federal Rules and Civil Procedure, at the United States Courthouse, White Plains, New York on the _____ day of _____, 2008 at _____ o'clock in the ____ noon or as soon thereafter as counsel may be heard, for an Order granting Plaintiffs' Motion for an Order determining the Defendant's responsibility during the pendency of complaint proceedings.  The grounds for this motion are set forth in the accompanying attorney affirmation, Plaintiff's affidavit with attached exhibits and brief filed herewith on June 2, 2008.


DATED:   June 2, 2008                          _____

                                                  By:  RosaLee Charpentier, Esq.
                                                  Family Advocates, Inc.
                                                  Bar Roll # rlc-2515
                                                  Attorney plaintiffs
                                                  209 Clinton Avenue
                                                 Kingston, New York 12401

**FILED BY ECF**